AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kim Pindak, John Hall, McArthur Hubbard, Lorenzo King, Robert Randol, Ronald Portis, Roger Young, William Johnson, and Bonita Franks

V.

City of Chicago, Chicago Police Officers John Bakopoulus, Theresa Nazario, Lucas Wise and Unknown Chicago Police Officers

CASE NUMBER: 12 C 4005

ASSIGNED JUDGE: Kennelly

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)
City of Chicago
121 N. LaSalle Street, Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



DATE

May 24, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-31-12 |
| NAME OF SERVER (PRINT) Adele Nicholas | TITLE attorney for πs |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Nancy Nieminski, hand delivery at 121 N. LaSalle, Rm. 107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-31-12
_____
Date

Signature of Server: A Nicholas

4510 N Paulina 3E
Chicago IL 60640
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.