**Exhibit 3**

audio of 5/12/12 incident

(Exhibit Filed with Clerk and with Courtesy Copy to Court and City)