**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KIM PINDAK, et al., | ) | |
| | ) | |
| | ) | No. 12 C 4005 |
| Plaintiffs, | ) | Judge Kennelly |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:     City of Chicago
        121 N. LaSalle Street, Rm. 107
        Chicago, Illinois 60602

     Please take notice that on Thursday, June 7, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly, in courtroom 2103 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and there and the present the attached **Motion for a Preliminary Injunction** and **Motion for Leave to File *Instanter* a Brief in Excess of 15 Pages in Support of Plaintiffs' Motion for a Preliminary Injunction.**

                                        /s/ Adele D. Nicholas
                                        *Counsel for Plaintiffs*

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
(847) 361-3869